Commonwealth ex rel. Pletcher, Appellant, *v.*
Maroney.

 Submitted April 12, 1965.
*James Pletcher,* appellant, in propria persona; *W. Thomas Malcolm,* District Attorney, for appellee.
Order affirmed.
FLOOD, J., absent.